



# MEMORANDUM OPINION

No. 04-11-00581-CV

Reginald **MOORE**, Stephanie Reeves, and Shannon Carpenter,
Appellants

v.

Ashken **LOPEZ**, As Next Friend of Alexander Lopez,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-06917
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
           Phylis J. Speedlin, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  April 18, 2012

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal with each party bearing its own costs. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). All costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM